Steven W. Blake, Esq., SBN 235502
Andrew E. Hall, Esq., SBN 257547
**BLAKE LAW FIRM**
533 2nd Street, Suite 250
Encinitas, CA 92024
Phone: (858) 232-1290
Email: *steve@blakelawca.com*
*andrew@blakelawca.com*

Attorneys for Defendant,
WHARTON NOTE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY NATIONAL BANK, a corporation, WHARTON NOTE COMPANY, a corporation and DOES 1-50, inclusive <br><br> Defendants. | Case No. 4:23-cv-02948-HSG <br><br> **ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF THE OSC HEARING AND EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br><br> Dept:       Courtroom 2 – 4th Floor <br> Judge:      The Hon. Haywood S Gilliam, Jr. |

///
///
///
///
///
///
///
///

## ORDER

The Court, having considered the foregoing Stipulation, and finding good cause exists, hereby ORDERS as follows:

1. The OSC is continued from August 4, 2023 at 10:00 A.M. to August 18, 2023 at 10:00 A.M.

2. The Temporary Restraining order is extended and would remain in effect until August 18, 2023 at 10:00 A.M.

3. Defendant's deadline to file and serve the responsive pleading to the First Amended Complaint is continued from August 4, 2023 to August 25, 2023.

**IT IS SO ORDERED.**

DATED: 8/2/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge