Steven W. Blake, Esq., SBN 235502
Andrew E. Hall, Esq., SBN 257547
**BLAKE LAW FIRM**
533 2nd Street, Suite 250
Encinitas, CA 92024
Phone: (858) 232-1290
Email: *steve@blakelawca.com*
*andrew@blakelawca.com*

Attorneys for Defendant,
WHARTON NOTE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual, | Case No. 4:23-cv-02948-HSG |
| Plaintiff, | **ORDER DENYING APPLICATION BY BLAKE LAW FIRM TO APPEAR REMOTELY** |
| vs. | **Hearing Date: September 8, 2023** |
| CITY NATIONAL BANK, a corporation, WHARTON NOTE COMPANY, a corporation and DOES 1-50, inclusive | **Hearing Time: 10:00 AM** |
| Defendants. | Dept:   Courtroom 2 – 4th Floor |
| | Judge:  The Hon. Haywood S Gilliam, Jr. |

After consideration of Blake Law Firm ("BLF")'s Application for Order Permitting Remote Appearance ("Application"), all other pleadings and papers, and any oral argument in this case, and upon good cause appearing:

IT IS HEREBY ORDERED that the Application is Denied.

9/5/2023
Dated:_____

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

_____
HON. HAYWOOD S GILLIAM, JR