1  Steven W. Blake, Esq., SBN 235502
   Andrew E. Hall, Esq., SBN 257547
2  **BLAKE LAW FIRM**
   533 2nd Street, Suite 250
3  Encinitas, CA 92024
   Phone: (858) 232-1290
4  Email: *steve@blakelawca.com*
   *andrew@blakelawca.com*
5

6  Attorneys for Defendant,
   WHARTON NOTE COMPANY
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  ELIZABETH GRANADOS, an individual,          Case No. 4:23-cv-02948-HSG

13               Plaintiff,                      **ORDER GRANTING THE THIRD JOINT**
                                                 **STIPULATION FOR CONTINUANCE OF**
14               vs.                             **THE OSC HEARING AND EXTENSION**
                                                 **OF TIME TO RESPOND TO THE FIRST**
15  CITY NATIONAL BANK, a corporation,           **AMENDED COMPLAINT (as modified)**
    WHARTON NOTE COMPANY, a
16  corporation and DOES 1-50, inclusive

17               Defendants.
                                                  Dept:        Courtroom 2 – 4th Floor
18                                                Judge:       The Hon. Haywood S
                                                              Gilliam, Jr.
19

20
    ///
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///

BLAKE LAW FIRM
533 2ND ST., STE. 250
ENCINITAS, CA 92024
(858) 232-1290

                                        1

**ORDER**

The Court, having considered the foregoing Stipulation, and finding good cause exists, hereby ORDERS as follows:

1. The OSC and Motion are continued from September 8, 2023 at 10:00 A.M. to October 5, 2023 at 2:00 p.m.

2. The Temporary Restraining order is extended would remain in effect until the OSC re: Application is heard and decided by the Court.

3. Defendant's deadline to file and serve the responsive pleading to the First Amended Complaint is continued from September 15, 2023 to October 6, 2023.

**IT IS SO ORDERED.**

DATED: 9/6/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

BLAKE LAW FIRM
533 2ND ST., STE. 250
ENCINITAS, CA 92024
(858) 232-1290

2

ORDER GRANTING CONTINUANCE OF THE OSC HEARING AND EXTEND TIME TO RESPOND
TO THE FIRST AMENDED COMPLAINT