Steven W. Blake, Esq., SBN 235502
Andrew E. Hall, Esq., SBN 257547
**BLAKE LAW FIRM**
533 2nd Street, Suite 250
Encinitas, CA 92024
Phone: (858) 232-1290
Email: *steve@blakelawca.com*
*andrew@blakelawca.com*

Attorneys for Defendant,
WHARTON NOTE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY NATIONAL BANK, a corporation, WHARTON NOTE COMPANY, a corporation and DOES 1-50, inclusive<br><br>Defendants. | Case No. 4:23-cv-02948-HSG<br><br>**ORDER GRANTING THE FOURTH JOINT STIPULATION FOR CONTINUANCE OF THE OSC HEARING AND EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT (as modified)**<br><br>Dept:   Courtroom 2 – 4th Floor<br>Judge:  The Hon. Haywood S Gilliam, Jr. |

///
///
///
///
///
///
///
///

1

ORDER GRANTING CONTINUANCE OF THE OSC HEARING AND EXTEND TIME TO RESPOND
TO THE FIRST AMENDED COMPLAINT

## ORDER

The Court, having considered the foregoing Stipulation, and finding good cause exists, hereby ORDERS as follows:

1. The OSC, Motion, and CMC, along with all CMC related submission deadlines, are continued from October 5, 2023 at 2:00 P.M. to October 26, 2023 at 2:00 P.M.
2. The Temporary Restraining order is extended would remain in effect until the OSC re: Application is heard and decided by the Court.
3. Defendant's deadline to file and serve the responsive pleading to the First Amended Complaint is continued from October 6, 2023 to October 31, 2023.

**IT IS SO ORDERED.**

DATED: 9/28/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge