UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS,<br><br>Plaintiff,<br><br>v.<br><br>WHARTON NOTE COMPANY,<br><br>Defendant. | Case No. 23-cv-02948-HSG<br><br>**ORDER**<br><br>Re: Dkt. Nos. 40, 41 |

The parties have submitted two stipulations.  The first is a stipulation to continue the OSC hearing and extend time to respond to the First Amended Complaint.  Dkt. No. 40.  The second is a stipulation for Blake Law Firm to be relieved as counsel.  Dkt. No. 41. The Court grants the relief requested in the first stipulation, but not the second.

Accordingly, the Court **ORDERS** as follows:

1. Counsel for Defendant shall be permitted to appear telephonically on October 26, 2023 regarding the Motion to Withdraw.

2. An OSC hearing re: Defendant's Counsel is set for November 16, 2023 at 2:00 P.M. in Courtroom 2, Oakland, CA.  In the event that the substitution of attorney or appearance by Defendant's new counsel is entered prior to this continued hearing date, the OSC hearing will be removed from calendar.

3. The OSC and CMC along with deadlines related to CMC submissions, are continued from October 26, 2023 to December 7, 2023 at 2:00 P.M.

4. The Temporary Restraining order is extended and will remain in effect until the OSC re: Application has been heard and decided by the Court.

5. Defendant's deadline to file and serve a responsive pleading to First Amended Complaint is extended from October 31, 2023 to December 10, 2023.

With respect to the second stipulation, Defendant and defense counsel should understand that the Court is strongly disinclined to allow withdrawal unless and until new counsel substitutes into the case, given that Defendant cannot proceed pro se because it is an entity rather than an individual. *See* N.D. Cal. L.R. 3-9(b) (explaining that a corporation, unincorporated association, or other such entity may not represent itself *pro se*); *see also U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("A corporation may appear in federal court only through licensed counsel."). The Court will discuss this concern with the parties at today's hearing.

This order terminates Dkt. Nos. 40 and 41.

**IT IS SO ORDERED.**

Dated: 10/26/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge