Sarah Shapero (Bar No. 281748)
Jessica Adair (Bar No. 348364)
SHAPERO LAW FIRM
500 Pine Street, Suite 530
San Francisco, California 94111
Telephone:  (415)273-3504
Facsimile:   (415)273-3508

Attorneys for Plaintiff,
ELIZABETH GRANADOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY NATIONAL BANK, a corporation; WHARTON NOTE COMPANY, a corporation; and DOES 1-50, inclusive,<br>Defendants. | Case No. 4:23-cv-02948-HSG<br><br>**ORDER**<br><br>Date:   November 16, 2023<br>Time:   1:00 P.M. |

## ORDER

The Court, having read and considered Plaintiff's Request to Appear remotely at the Order to Show Cause hearing currently scheduled before this Court for November 16, 2023, at 1:00 p.m., and good cause appearing, finds:

Plaintiff's Request for a remote Appearance is DENIED.

Dated:   11/6/2023



DENIED
Judge Haywood S. Gilliam Jr.