Steven W. Blake, Esq., SBN 235502
Andrew E. Hall, Esq., SBN 257547
**BLAKE LAW FIRM**
533 2nd Street, Suite 250
Encinitas, CA 92024
Phone: (858) 232-1290
Email: *steve@blakelawca.com*
*andrew@blakelawca.com*

Attorneys for Defendant,
WHARTON NOTE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY NATIONAL BANK, a corporation, WHARTON NOTE COMPANY, a corporation and DOES 1-50, inclusive<br><br>Defendants. | Case No. 4:23-cv-02948-HSG<br><br>**ORDER GRANTING THE SIXTH STIPULATION FOR CONTINUANCE OF THE OSC HEARING AND EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT (as modified)**<br><br>Dept:  Courtroom 2 – 4th Floor<br>Judge: The Hon. Haywood S Gilliam, Jr. |

///
///
///
///
///
///
///
///

1

ORDER GRANTING CONTINUANCE OF THE OSC HEARING AND EXTEND TIME TO RESPOND
TO THE FIRST AMENDED COMPLAINT

**ORDER**

The Court, having considered the foregoing Stipulation, and finding good cause exists, hereby ORDERS as follows:

1. The OSC and CMC along with deadlines related to CMC submissions, are continued from December 7, 2023 at 2:00 P.M. to January 18, 2024 at 2:00 P.M.
2. The Joint Case Management Statement shall be due no later than January 9, 2024.
3. The Temporary Restraining order is extended and will remain in effect until the OSC re: Application has been heard and decided by the Court.
4. Defendant's deadline to file and serve a responsive pleading to First Amended Complaint is extended to January 23, 2024.

**IT IS SO ORDERED.**

DATED: _____11/27/2023_____    _____
HAYWOOD S. GILLIAM, JR.
United States District Judge