AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

Elizabeth Granados
          Plaintiff (s),
V.
Wharton Note Company
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-02948-HSG

Notice is hereby given that, subject to approval by the court, __Wharton Note Company__ substitutes
(Party (s) Name)

__Spencer Paul Scheer__, State Bar No. __107750__ as counsel of record in
(Name of New Attorney)

place of __ANDREW E. HALL; STEVEN WILSON BLAKE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: Scheer Law Group LLP
   Address: 155 N Redwood Dr #100, San Rafael, CA 94903
   Telephone: (415) 491-8900   Facsimile
   E-Mail (Optional): sscheer@scheerlawgroup.com

I consent to the above substitution.
Date: 11/28/2023
          MEMBER WHARTON NOTE COMPANY LLC
(Signature of Party (s))

I consent to being substituted.
Date: 10/26/2023
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/27/23
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/30/2023
          Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]