1  Sarah Shapero (Bar No. 286748)
   Jessica Galletta (Bar No. 281179)
2  SHAPERO LAW FIRM
   100 Pine St., Ste. 530
3  San Francisco, CA 94111
   Telephone:    (415)273-3504
4  Facsimile:    (415)273-3508

5  Attorneys for Plaintiff,
   ELIZABETH GRANADOS
6

7                    **UNITED STATES DISTRICT COURT**

8                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  ELIZABETH GRANADOS, an individual;   | Case No.: No. 4:23-cv-02948-HSG

10             Plaintiff,

11        v.                              **ORDER (as modified)**

12  WHARTON NOTE COMPANY, a
    corporation and DOES 1-50, inclusive,
13
               Defendants.
14

1
ORDER

**ORDER**

The Court, having considered the foregoing Stipulation, and finding good cause exists, hereby ORDERS as follows:

1. The CMC and the OSC are continued from January 18, 2024 to February 29, 2024 at 2:00 P.M.

2. The hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is continued from February 8, 2024 to February 29, 2024 at 2:00 P.M.

3. The Temporary Restraining order is extended would remain in effect until the OSC re: Application is heard and decided by the Court.

**IT IS SO ORDERED.**

Dated: _____1/8/2024_____

*(signature)*
HAYWOOD S. GILLIAM, JR.
Honorable District Court Judge