SPENCER P. SCHEER, SBN 107750
TIMOTHY J. SILVERMAN, SBN 145264
REILLY WILKINSON, SBN 250086
SCHEER LAW GROUP, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 4918900
Facsimile: (415) 4918910
sscheer@scheerlawgroup.com

Attorneys for Defendant
WHARTON NOTE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual,<br><br>Plaintiff,<br>vs.<br>CITY NATIONAL BANK, a corporation,<br>WHARTON NOTE COMPANY, a corporation and DOES 1-50, inclusive<br><br>Defendants. | Case No. 4:23-cv-02948-HSG<br><br>**ORDER** |

**ORDER**

**ORDER**

The Court, having considered the foregoing Stipulation, and finding good cause exists, hereby ORDERS as follows:

1. The OSC is reset for hearing on May 23, 2024 at 2:00 pm.

2. The Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is reset for hearing on May 23, 2024 at 2:00 pm.

3. The Temporary Restraining Order is extend and will remain in effect until the OSC re Application is heard and decided by the Court.

**IT IS SO ORDERED.**

Dated: 4/15/2024

HAYWOOD S. GILLIAM, JR.
Honorable District Court Judge

ORDER