UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS,<br><br>　　　　　　　　Plaintiff(s)<br>v.<br>CITY NATIONAL BANK, et al.<br><br>　　　　　　　　Defendant(s) | CASE No C  4:23-cv-02948-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: December 16, 2024, per attached

Date: 10/21/2024　　　　　　　　　/s/ Jessica Galletta
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: 10/21/2024　　　　　　　　　/s/ Spencer P. Scheer
　　　　　　　　　　　　　　　　　Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  10/22/2024　　　　　　　　　Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

**EXHIBIT "A" TO STIPULATION AND {PROPOSED} ORDER SELECTING ADR PROCESS**

On October 15, 2024, at 2:00 P.M. a Continued Case Management Conference was held before this Court. Prior to issuing a ruling on Plaintiff's pending request to continue the Preliminary Injunction re the real property at 90 Madera Court, Danville, CA, and setting further case deadlines, this Court requested and the Parties agreed to meet and confer and schedule and complete a mediation within 60 days.