Sarah Shapero (Bar No. 286748)
Jessica Galletta (Bar No. 281179)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:      (415)273-3504
Facsimile:      (415)273-3508

Attorneys for Plaintiff,
ELIZABETH GRANADOS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual; | Case No.: No. 4:23-cv-02948-HSG |
| Plaintiff, | |
| v. | **ORDER** |
| WHARTON NOTE COMPANY, a corporation and DOES 1-50, inclusive, | |
| Defendants. | |

1

1

**ORDER**

2    The Court, having considered the foregoing Stipulation, and finding good cause exists, hereby

3    ORDERS as follows:

4    1.      Plaintiff's Second Amended Complaint shall be filed by no later than December 16, 2024.

5           **IT IS SO ORDERED.**

6

7

8

9    Dated: 10/22/2024

_____
HAYWOOD S. GILLIAM, JR.
Honorable District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28