Sarah Shapero (Bar No. 286748)
Jessica Galletta (Bar No. 281179)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:   (415)273-3504
Facsimile:    (415)273-3508

Attorneys for Plaintiff,
ELIZABETH GRANADOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GRANADOS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WHARTON NOTE COMPANY, a corporation and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:23-cv-02948-HSG<br><br>Assigned to: Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER** |

The Court having reviewed the **NOTICE OF STIPULATED DISMISSAL** filed in this case on January 24, 2025, and there being Good Cause makes the Following Order:

This case is dismissed with prejudice. The Parties may enforce the rights and conditions specified in the **NOTICE OF STIPULATED DISMISSAL** and Exhibit A attached to the **NOTICE OF STIPULATED DISMISSAL.**

**IT IS SO ORDERED;**

Dated: 1/27/2025

_/s/ Haywood S. Gilliam, Jr._
Honorable District Court Judge